UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIMITRIA M. CANDELARIA,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security<br><br>    Defendant. | CASE NO. C12-5316 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF THE SOCIAL SECURITY ADMINISTRATION |

  This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 20. The court has considered the relevant documents and the remainder of the file herein.

  On July 9, 2013, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, concluding that (1) the ALJ did not err in the Step Two determination; (2) the ALJ did not err in evaluating the medical evidence in the record; (3) the ALJ did not err in assessing plaintiff's credibility, and, to the extent that the ALJ erred in discounting plaintiff's credibility on the basis of her daily activities, the determination regarding credibility is still

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 1

supported by substantial evidence; (4) the ALJ did not err in evaluating the lay witness evidence in the record; (5) the ALJ did not err in the assessment of plaintiff's residual functional capacity; and (6) the ALJ did not err in regard to the hypothetical question at Step 5 of the sequential evaluation process. Dkt. 20.

On July 23, 2013, plaintiff filed objections to the Report and Recommendation, advancing essentially the same arguments that she made in her opening and reply briefs. Dkt. 15 and 19. In her response, defendant addresses plaintiff's arguments. Dkt. 22.

The court has reviewed the record. The Report and Recommendation carefully and accurately reviewed the record and thoroughly addressed plaintiff's claims. The court concurs with the analysis and conclusions of the magistrate judge. The court should adopt the Report and Recommendation and should affirm the Social Security Administration's decision to deny benefits.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 20) is **ADOPTED**. The decision of the Social Security Administration to deny benefits is **AFFIRMED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 13th day of August, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND AFFIRMING
DECISION OF THE SOCIAL SECURITY
ADMINISTRATION- 2